UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL ACTION NO. 3:11-CR-33-H

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.

RICKY LEWIS KELLY                                                          DEFENDANT

**ORDER**

Defendant, Ricky Lewis Kelly, has moved for an order requiring the Government to produce material exculpatory evidence pursuant to Federal Rule of Criminal Procedure 16 and *Brady v. Maryland*. The Government has responded that it has either already produced the required discovery or will do so at an appropriate later time.

The Court is satisfied with the Government's response and therefore will deny Defendant's motion at this time. The Court will consider these requests at a later time if necessary.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for discovery of exculpatory evidence is DENIED at this time.

cc:       Counsel of Record