**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

UNITED STATES OF AMERICA                                    PLAINTIFF(S)

VS                                        CRIMINAL ACTION NO. 3:11CR-33-H

RICKY LEWIS KELLY-01
DION DAJUAN NEAL-02                                        DEFENDANT(S)

**O R D E R**

The above-styled case came before the undersigned for a telephonic conference on February 21, 2013. There appeared Mr. Robert B. Bonar, Mr. David Weiser and Mr. James Lesousky, Jr., Assistant United States Attorney. On behalf of defendant-Kelly, Mr. Patrick J. Renn and Mr. Steven R. Romines, appointed counsel appearing in person for the conference, Mr. Richard Kammen did not participate. On behalf of defendant-Neal, Mr. David Lambertus and Mr. Timothy McCall, appointed counsel participated on the conference call. Mr. Carl J. Herman, appointed counsel did not participate.

Discussions regarding the status of the case as the Attorney General has decided not to seek the death penalty against the defendants in this case. Therefore, a schedule shall be set forth to proceed in this matter. The Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the following appointed counsel for defendant-Kelly, Mr. Richard Kammen and appointed counsel for defendant-Neal, Mr. Carl J. Herman shall be **WITHDRAWN from this case as of February 21, 2013.** The remaining local counsel shall remain as counsel of record for the defendants. The motion to withdraw **(DN#169) is sustained.**

**IT IS FURTHER ORDERED** that the lower rate of $125.00 per hour shall take effect on all vouchers for the remaining attorney's as discussed during this conference. Stage 2 Budget will need to be obtained by counsel by contacting the representative of the Sixth Circuit, Robert Ranz, Case Budgeting at 513- 564-7358.

After discussions with counsel;

**IT IS FURTHER ORDERED** that the United States shall provide to defense counsel a list of all recordings that will be used during trial, there purpose, and the Rule in which this tape testimony will be used **on or before APRIL 23, 2013.**

**IT IS FURTHER ORDERED** that counsel for the defendants **shall on or before MAY 23, 2013 to file any evidentiary motions as discussed during this conference.    The United States shall have file their responses on or before JUNE 12, 2013; with any replies to be filed on or before JUNE 27, 2013.**  Then the matter will be submitted for ruling.

Date: February 25, 2013

Copies to:

All Counsel of Record
United States Probation

Court Reporter: Alan Wernecke

Court Time:  00/55