# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                                  CRIMINAL ACTION NO.:      3:11CR-33-H

RICKY LEWIS KELLY
DION DAJUAN NEAL                                                             DEFENDANTS

## UNOPPOSED MOTION FOR EXTENSION OF TIME
*Filed Electronically*

Comes the United States of America, by counsel, and moves the Court to grant an extension of time to May 7, 2013, within which to provide defense counsel a list of all recordings that will be used during the trial of this matter as previously ordered by this Court (DN 170). An extension of time is necessary due to the large volume of potential recordings. As a result, identifying the recordings to be introduced at trial is taking longer than counsel originally anticipated. The undersigned has spoken with Patrick Renn, counsel for defendant Kelly and with David Lambertus, counsel for defendant Neal. Both counsel have indicted no objection to the extension of time.

                                                   Respectfully submitted,

                                                   DAVID J. HALE
                                                   United States Attorney

                                                   s/ Robert B. Bonar
                                                   Assistant U.S. Attorney
                                                   717 West Broadway
                                                   Louisville, Kentucky 40202
                                                   PH: (502)625-7062
                                                   FAX: (502)582-5067

CERTIFICATE OF SERVICE

      I hereby certify that on <u>April 17, 2013</u>, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Patrick Renn and Hon. Stephen Romines, counsel for defendant Kelly and to Hon. David Lambertus and Hon. Tim McCall counsel for defendant Neal.

                                        <u>s/ Robert B. Bonar</u>
                                          Assistant U.S. Attorney