UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**vs.**                                   **CRIMINAL ACTION NO.:**      **3:11CR-33-H**

**RICKY LEWIS KELLY**
**DION DAJUAN NEAL**                                               **DEFENDANTS**

<u>**ORDER**</u>

The United States having made a Motion for Extension of Time, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion is hereby GRANTED, and the United States shall provide defense counsel a list of all recordings that will be used during trial as previously ordered, by May 7, 2013.

**IT IS FURTHER ORDERED** that counsel for the defendants shall on or before June 7, 2013, file any evidentiary motions as previously discussed. The United States shall then file their responses on or before June 26, 2013; with any replies to be filed by July 10, 2013. Then the matter will be submitted for ruling.