# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

vs.                                 **CRIMINAL ACTION NO.:**        **3:11CR-33-H**

**RICKY LEWIS KELLY**
**DION DAJUAN NEAL**                                                               **DEFENDANTS**

## UNOPPOSED MOTION FOR EXTENSION OF TIME
*Filed Electronically*

Comes the United States of America, by counsel, and moves the Court to grant an additional extension of time to July 2, 2013, within which to provide defense counsel a list of all recordings that will be used during the trial of this matter as previously ordered by this Court (DN 170).   An extension of time continues to be necessary due to the large volume of potential recordings.  As a result, identifying the recordings to be introduced at trial is taking longer than counsel anticipated.  The undersigned has spoken with Patrick Renn, counsel for defendant Kelly and with David Lambertus, counsel for defendant Neal.  Both counsel have  indicted no objection to the extension of time.

                                                      Respectfully submitted,

                                                      DAVID J. HALE
                                                      United States Attorney

                                                      s/ Robert B. Bonar
                                                      Assistant U.S. Attorney
                                                      510 West Broadway, 10th Floor
                                                      Louisville, Kentucky  40202
                                                      PH:  (502) 625-7062
                                                      FAX: (502) 582-5067

CERTIFICATE OF SERVICE

  I hereby certify that on May 8, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Patrick Renn and Hon. Stephen Romines, counsel for defendant Kelly and to Hon. David Lambertus and Hon. Tim McCall counsel for defendant Neal.

             s/ Robert B. Bonar
             Assistant U.S. Attorney