## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**vs.**　　　　　　　　**CRIMINAL ACTION NO.:**　　　　**3:11CR-33-H**

**RICKY LEWIS KELLY**
**DION DAJUAN NEAL**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

The United States having made a Motion for Extension of Time, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion is hereby GRANTED, and the United States shall provide defense counsel a list of all recordings that will be used during trial as previously ordered, by June 4, 2013.

**IT IS FURTHER ORDERED** that counsel for the defendants shall have thirty (30) days from the date of the United States' disclosure to file any evidentiary motions as previously discussed. The United States shall have twenty-one (21) days to file its response and the defendants shall have fourteen (14) days to file any reply. Then the matter will be submitted for ruling.